## OLIVER W. MILLER, ROBERT SMART AND CONRAD TEN EYCK *versus* AUSTIN E. WING

JOURNAL ENTRIES (1822–32): *Journal 3:* (1) Time for filing declaration extended *p. 360; (2) motion for judgment *p. 435. *Journal 4:* (3) Judgment, execution stayed MS p. 44; (4) motion to quash execution MS p. 516.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) declaration and oyer; (4) recognizance and bail piece; (5) precipe for subpoena; (6) subpoena; (7) stipulation to stay execution; (8) sheriff's receipt for execution; (9) precipe for execution; (10) writ of execution and return.

*1822–23 Calendar*, MS p. 79. Recorded in *Book B*, MS pp. 541–43.

## JOSIAH BECKLEY *versus* RICHARD SMYTH, STEPHEN MACK, JOHN S. ROBY AND DAVID C. McKINSTRY

JOURNAL ENTRIES (1822–23): *Journal 3:* (1) Time for filing declaration extended *p. 360; (2) motion for nonsuit *p. 436.

PAPERS IN FILE: (1) Precipe for capias; (2) capias, order for bail, return; (3) recognizance and bail piece; (4) declaration; (5) discontinuance.

*1822–23 Calendar*, MS p. 81.